IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSIAH JACKSON,

    Plaintiff,

v.                                          4:20cv200–WS/HTC

FLORIDA STATE HOSPITAL,
DIRECTOR SUSAN TRUEBLOOD, and
F. POTTER,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed June 26, 2020. The magistrate judge recommends that the plaintiff's claims against the Florida State Hospital and Director Susan Trueblood be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

    Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's claims against the Florida State Hospital and Director Susan Trueblood are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall note on the docket that the Florida State Hospital and Director Susan Trueblood have been terminated as defendants in this case.

DONE AND ORDERED this __2nd__ day of ___September___, 2020.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE